AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

Universal-Investment-Gesellschaft mbH

V.

Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo

**APPEARANCE**

Case Number: 
07 CV 10954

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Universal-Investment-Gesellschaft mbH

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/30/2007 | *[signature]* Ingrid Moll |
| Date | Signature |
| | Ingrid L. Moll    IM-3949 |
| | Print Name    Bar Number |
| | Motley Rice LLC, 20 Church Street, 17th Floor |
| | Address |
| | Hartford    CT    06103 |
| | City    State    Zip Code |
| | (860) 882-1678    (860) 882-1682 |
| | Phone Number    Fax Number |