IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURIITIES LITIGATION<br><br>This document relates to:<br>　　1:08-CV-1983<br>　　1:08-CV-1111<br>　　1:08-CV-950<br>　　1:07-CV-11628<br>　　1:07-CV-10954<br>　　1:07-CV-10578<br>　　1:07-CV-8830<br>　　1:02-CV-5571 | 02 Civ. 5571 (RJH/HBP)<br><br>NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William H. Narwold, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

　　　　　　　　Applicant's Name: Frederick J. Jekel

　　　　　　　　Firm Name: Motley Rice LLC

　　　　　　　　Address: 28 Bridgeside Blvd.

　　　　　　　　City/State/Zip: Mount Pleasant, SC 29464

　　　　　　　　Phone Number: 843-216-9000

　　　　　　　　Fax Number: 843-216-9440

　　Frederick J. Jekel is a member in good standing of the Bar of the State of South Carolina. There are no pending disciplinary proceedings against Frederick J. Jekel in any state or federal court.

Respectfully submitted this 29th day of February, 2008.

                      By:    MOTLEY RICE LLC

                                        /s/ William H. Narwold
                                William H. Narwold (WN-1713)
                                MOTLEY RICE LLC
                                One Corporate Center
                                20 Church Street, 17th Floor
                                Hartford, Connecticut 06103
                                Telephone: (860) 882-1676
                                Facsimile: (860) 882-1682
                                bnarwold@motleyrice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURIITIES LITIGATION<br><br>This document relates to:<br>1:08-CV-1983<br>1:08-CV-1111<br>1:08-CV-950<br>1:07-CV-11628<br>1:07-CV-10954<br>1:07-CV-10578<br>1:07-CV-8830<br>1:02-CV-5571 | 02 Civ. 5571 (RJH/HBP)<br><br>AFFIDAVIT OF WILLIAM H. NARWOLD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

William H. Narwold, being duly sworn, hereby deposes and says as follows:

1. I am a member of Motley Rice LLC, counsel for Plaintiff Capital Invest, die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe GmbH in Docket No. 1:02-CV-5571 and for Plaintiffs in Docket Nos. 1:08-CV-1983, 1:08-CV-1111, 1:08-CV-950, 1:07-CV-11628, 1:07-CV-10954, 1:07-CV-10578 and 1:07-CV-8830. I am familiar with the proceedings in these cases. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Frederick J. Jekel as counsel *pro hac vice* to represent the Plaintiffs just identified.

2. I am a member in good standing of the bars of the States of Connecticut and South Carolina and the District of Columbia. I was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known Frederick J. Jekel since 2003.

4. Frederick J. Jekel is a member of Motley Rice LLC and an attorney in good standing of the Bar of the State of South Carolina as evidenced by the annexed certificate of good standing.

5. I have found Mr. Jekel to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. I respectfully submit a proposed order granting the admission of Frederick J. Jekel, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Frederick J. Jekel, pro hac vice, to represent the above-referenced Plaintiffs in the above-captioned matters, be granted.

Respectfully submitted this 29th day of February, 2008.

By:   MOTLEY RICE LLC

_____
William H. Narwold (WN-1713)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, Connecticut 06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682
bnarwold@motleyrice.com

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURIITIES LITIGATION<br><br>This document relates to:<br>  1:08-CV-1983<br>  1:08-CV-1111<br>  1:08-CV-950<br>  1:07-CV-11628<br>  1:07-CV-10954<br>  1:07-CV-10578<br>  1:07-CV-8830<br>  1:02-CV-5571 | 02 Civ. 5571 (RJH/HBP)<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of William H. Narwold, attorney for Plaintiff Capital Invest, die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe GmbH in Docket No. 1:02-CV-5571 and for Plaintiffs in Docket Nos. 1:08-CV-1983, 1:08-CV-1111, 1:08-CV-950, 1:07-CV-11628, 1:07-CV-10954, 1:07-CV-10578 and 1:07-CV-8830, and pursuant to Rule 1.3(c) of the local Civil Rules of this Court, IT IS HEREBY ORDERED that

Applicant's Name:  Frederick J. Jekel

Firm Name:  Motley Rice LLC

Address: 28 Bridgeside Blvd.

City/State/Zip:  Mount Pleasant, SC  29464

Phone Number:  843-216-9000

Fax Number:  843-216-9440

is admitted to practice pro hac vice as counsel for the above-referenced Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED:_____                    _____
                                      The Honorable Richard M. Berman
                                      United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of February, 2008, I served a copy of the foregoing Motion to Admit Counsel Pro Hac Vice with the Admissions Clerk of the United States District Court for the Southern District of New York by overnight delivery. I also caused copies of the same, and of this Certificate of Service, to be served on the following parties by electronic mail and first class, United States mail, postage prepaid:

| | |
|---|---|
| Morris A. Bowie, II, Esq.<br>Richard M. Lorenzo, Esq.<br>James G. Szymanski, Esq.<br>DAY PITNEY, LLP<br>875 Third Avenue 28th Floor<br>New York, New York 10022 | Martin L. Perschetz, Esq.<br>Einat Phillip, Esq.<br>Michael E. Swartz, Esq.<br>SCHULTE ROTH & ZABEL, LLP<br>919 Third Avenue<br>New York, New York 10022 |
| Lisa Albert, Esq.<br>Michael J. Malone, Esq.<br>KING & SPAULDING, LLP<br>1185 Avenue of the Americas<br>New York, New York 10036 | Jonathan D. Polkes, Esq.<br>James W. Quinn, Esq.<br>Penny P. Reid, Esq.<br>WEIL GORSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, New York 10023 |
| Timothy G. Cameron, Esq.<br>Michael T. Reynolds, Esq.<br>Paul C. Saunders, Esq.<br>Daniel Slifkin, Esq.<br>CRAVATH, SWAINE & MOORE, LLP<br>825 Eighth Avenue<br>New York, New York 10019 | Nathan D. Finch, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC 20005<br><br>Leslie Margaret Kelleher, Esq.<br>CAPLIN & DRYSDALE, CHARTERED (NYC)<br>375 Park Avenue<br>35th Floor<br>New York, NY 10152-1100 |

William H. Narwold

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Frederick John Jekel was admitted as an attorney in this state on November 15, 1993 and is currently an active member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY _____
CHIEF DEPUTY CLERK

Columbia, South Carolina

February 26, 2008