UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This document relates to:<br><br>07 Civ. 5742        07 Civ. 7370<br>07 Civ. 7775        07 Civ. 7776<br>07 Civ. 7778        07 Civ. 7779<br>07 Civ. 7863        07 Civ. 7803<br>07 Civ. 8208        07 Civ. 8156<br>07 Civ. 9229        07 Civ. 8830<br>07 Civ. 9593        07 Civ. 10578<br>07 Civ. 10954      07 Civ. 10995<br>07 Civ. 11092      07 Civ. 11305<br>07 Civ. 11483      07 Civ. 11484<br>07 Civ. 11485      07 Civ. 11628<br>08 Civ. 0024        08 Civ. 0116<br>08 Civ. 0117        08 Civ. 0418<br>08 Civ. 1111        08 Civ. 0950<br>08 Civ. 01973      08 Civ. 1938<br>08 Civ. 01983      08 Civ. 01974<br>08 Civ. 01985      08 Civ. 01975 | 02 Civ. 5571 (RJH/HBP)<br>ECF CASE |

**NOTICE OF MOTION OF DEFENDANTS FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIVIDUAL PLAINTIFFS FOR LACK OF STANDING**

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated August 15, 2008, the Declaration of Damaris Hernández, executed August 15, 2008, with exhibits thereto, the Statement Pursuant to Civil Rule 56.1, and upon all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo[1] hereby move this Court,

---

[1] Mr. Hannezo joins in this motion as to (a) Capitalia Asset Management SGR, S.p.A. v. Vivendi Universal, S.A., No. 07 Civ. 5742 (the only action in which he has been properly served); and (b) Pioneer Investments Austria, GmbH v. Vivendi Universal, S.A., No. 07 Civ. 10578 (as to which the Court has ordered that Mr. Hannezo respond to discovery requests). Mr. Hannezo has moved to dismiss the other Individual Actions for failure to serve him with process.

before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, for summary judgment pursuant to Fed. R. Civ. P. 56(b) on claims brought by Plaintiffs in the above-captioned individual actions , as set forth in more detail in the accompanying memorandum of law; and granting such other and further relief as the Court deems just and proper.

August 15, 2008.

| KING & SPALDING LLP | CRAVATH, SWAINE & MOORE LLP, |
|---|---|
| Michael J. Malone<br>Paul A. Straus<br>Lisa Albert | by *Paul C. Saunders* (signature)<br>———————————<br>Paul C. Saunders<br>Daniel Slifkin<br>Michael A. Paskin<br>Michael T. Reynolds<br>Timothy G. Cameron<br>Members of the Firm |
| 1185 Avenue of the Americas<br>New York, NY 10036<br>(22) 556-2136<br>pstraus@kslaw.com | Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br>psaunders@cravath.com |
| *Attorneys for Defendant Jean-Marie Messier* | *Attorneys for Defendant Vivendi, S.A.* |

---

To the extent that motion is denied with respect to some or all of the other Individual Actions, Mr. Hannezo joins in this motion as to those actions as well.

| SCHULTE ROTH & ZABEL LLP | WEIL GOTSHAL & MANGES LLP |
|---|---|
| Martin L. Perschetz<br>Michael E. Schwartz<br>Einat Philip<br><br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2247<br>martin.perschetz@srz.com<br><br>*Attorneys for Defendant Guillaume Hannezo* | James W. Quinn<br>Jonathan D. Polkes<br>Penny P. Reid<br><br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000<br>james.quinn@weil.com<br><br>*Attorneys for Defendant Vivendi, S.A.* |

TO:

Diane Zilka, Esq.
    Grant & Eisenhofer P.A.
        Chase Manhattan Centre
            1201 North Market Street
                Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Anthony J. Harwood, Esq.
    Labaton Sucharow LLP
        140 Broadway
            New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
    Motley Rice LLC
        28 Bridgeside Boulevard
            Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
   Schiffrin Barroway Topaz & Kessler, LLP
      280 King of Prussia Road
         Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*